```
HEATHER E. WILLIAMS, Bar #122664
Federal Defender
PEGGY SASSO, Bar #228906
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
CESAR CAMPOS-PEREZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 1:13-cr-00073 AWI / BAM |
|---|---|
| Plaintiff, | ) STIPULATION TO CONTINUE STATUS <br> ) CONFERENCE HEARING; |
| v. | ) ORDER |
| CESAR CAMPOS-PEREZ, | ) |
| Defendant. | ) Date: May 28, 2013 <br> ) Time: 10:00 A.M. <br> ) Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Mia A. Giacomazzi, Counsel for Plaintiff, and Assistant Federal Defender Peggy Sasso, Counsel for Defendant Cesar Campos-Perez, that the status conference set for May 13, 2013 at 10:00 p.m. before Judge Ishii, **may be rescheduled to a fast track change of plea hearing on May 28, 2013 at 10:00 a.m. before Judge Ishii**.

The requested continuance is necessary to allow for further investigation and plea discussions. The requested continuance will conserve time and resources for both counsel and the court.

///

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because the ends of justice served in granting such continuance outweigh the best interests of the public and the defendant in a speedy trial.

BENJAMIN B. WAGNER
United States Attorney

Dated: May 8, 2013                    /s/ *Mia A. Giocamozzi*
                                      MIA A. GIOCAMAZZI
                                      Assistant United States Attorney
                                      Attorney for Plaintiff


HEATHER E. WILIAMS
Federal Defender


Dated: May 8, 2013                     /s/ *Peggy Sasso*
                                       PEGGY SASSO
                                       Assistant Federal Defender
                                       Attorney for Defendant
                                       CESAR CAMPOS-PEREZ

**ORDER**

IT IS SO ORDERED.

**Dated:   May 8, 2013**              **/s/ Barbara A. McAuliffe**
                                      UNITED STATES MAGISTRATE JUDGE